NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1156

ALCESIA SRL,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

PHILIP MORRIS USA INC.,

Intervenor.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-643.

ON MOTION

## O R D E R

Upon consideration of the unopposed motion of Philip Morris USA Inc. for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 2 4 2010

/s/ Jan Horbaly

Date

Jan Horbaly
Clerk

cc: William Zeitler, Esq.
Daniel E. Valencia, Esq.
Kenneth L. Chernof, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2010

JAN HORBALY
CLERK